IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AMELIO NORVELL,

    Defendant.

Case No. 3:00cr092 (15)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS RE-IMPOSED SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On July 7, 2011, the Defendant, having previously been found in violation of his re-imposed period of supervised release which began on November 23, 2010, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid July 7, 2011, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of 12 months, with credit for the two plus months of time served, with a further reimposed period of supervised release of 32 months to follow, subject to all undischarged requirements previously set at the time of the Defendant's initial

sentencing in the captioned cause. As special conditions, Defendant is not to drive without a valid driver's license. He is to participate in Pastor Mann's Second Chance Program, and he is to seek and maintain verifiable employment and notify the Probation Office regarding re-enrolling in Sinclair Community College.

Following the above, the Defendant was orally explained his right of appeal, and he orally indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 1, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

William Schenck, AUSA
Richard Mayhall, Esq.
Kristin Keyer, US Probation Officer