IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON WALKER,

    Defendant.

Case No. 3:00cr092 (8)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY GRANTING DEFENDANT'S PRO SE MOTION
TO TERMINATE SUPERVISED RELEASE (DOC. #1096)

---

Pursuant to the attached Memorandum from United States Probation Officer, Melissa Stidham, and, further, noting that this Defendant has served a period in excess of fifty percent of his ordered period of supervised release, this Court considers the Defendant's Pro Se Motion to Terminate Supervised Release (Doc. #1096) to be well taken and same is, therefore, sustained in its entirety.

As of the date and time of the filing of the instant Entry, the Defendant is relieved of all further obligations with regard to his period of supervision, which said period of supervision is herein terminated.

March 13, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Jason Walker, *Pro Se*